UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISAIAH SAFRANEK,

                        Plaintiff,

           -against-

WEGMANS FOOD MARKETS, INC., et al.,

                        Defendants.

25-CV-5696 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

In light of Plaintiff's failure to file an amended complaint by the Court-ordered deadline,

*see* ECF No. 13, his claims are hereby DISMISSED with prejudice. The Clerk of Court is

respectfully directed to close this case.

Dated:  May 21, 2026
           White Plains, New York

                                        SO ORDERED.

                                        _Jessica Clarke_____

                                        JESSICA G. L. CLARKE
                                        United States District Judge